FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 7 2014

CENTRAL DISTRICT OF CALIFORNIA
BY shy            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ROBERTO RODRIGUEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>M. D. BITER, Warden,<br><br>　　　　　Respondent. | Case No. EDCV 13-01082 ODW (AN)<br><br>ORDER ACCEPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R"). Because Petitioner has failed to file objections, he has waived any challenge to the Magistrate Judge's factual findings. *Robbins v. Carey*, 481 F.3d 1143, 1146 (9th Cir. 2007).

IT IS ORDERED that:

1. The Court accepts the findings and recommendation of the R&R.

2. Judgment shall be entered denying the Petition and dismissing this action with prejudice.

3. All pending motions are denied as moot and terminated.

///

///

1     IT IS FURTHER ORDERED that the clerk of the Court shall serve a copy of this
2 Order and the Judgment on all counsel or parties of record.

5 Dated: <u>January 6</u>, 2014

                                              OTIS D. WRIGHT, II
                                  UNITED STATES DISTRICT JUDGE