ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 7 2014

CENTRAL DISTRICT OF CALIFORNIA
BY shy                    DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 7 2014

CENTRAL DISTRICT OF CALIFORNIA
BY shy                    DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| ROBERTO RODRIGUEZ,<br><br>      Petitioner,<br><br>    v.<br><br>M. D. BITER, Warden,<br><br>      Respondent. | Case No.  EDCV 13-01082 ODW (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: January 6, 2014

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE